1  MICHAEL B. HORROW (SBN 162917)
     E-Mail: mhorrow@donahuehorrow.com
2  **DONAHUE & HORROW, LLP**
   1960 E. Grand Ave., Suite 1215
3  El Segundo, California 90245
   Telephone: (310) 322-0300
4  Fax: (310) 322-0302

5  Attorney for Plaintiff,
   KELLY LUND

9  ELISE D. KLEIN, SB# 111712
     E-Mail: klein@lbbslaw.com
   **LEWIS BRISBOIS BISGAARD & SMITH LLP**
10 221 North Figueroa Street, Suite 1200
   Los Angeles, California  90012
11 Telephone: 213.250.1800
   Facsimile: 213.250.7900

13 Attorneys for Defendant HARTFORD LIFE
   AND ACCIDENT INSURANCE
   COMPANY

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, FRESNO

| | |
|---|---|
| KELLY LUND,<br><br>          Plaintiff,<br><br>     vs.<br><br>HARTFORD LIFE AND ACCIDENT INSURANCE COMPANY; THE FIRST AMERICAN CORPORATION EMPLOYEE BENEFIT PLAN; DOES 1 THROUGH 10,<br><br>          Defendants. | CASE NO.: 1:11-CV-00154-OWW-DLB<br>Hon. Judge Oliver W. Wanger<br><br>**JOINT STIPULATION  OF THE PARTIES TO CONTINUE THE JULY 21, 2011 SCHEDULING CONFERENCE; ORDER** |

\\\

The parties to the above referenced action, subject to the Court's approval, hereby stipulate as follows.

WHEREAS pursuant to this Courts Order, a Mandatory Scheduling Conference is set for hearing on July 21, 2011 at 8:15 a.m. in Courtroom 3 before the Honorable Oliver W. Wanger. Only lead counsel who are familiar with the facts and who have full authority to bind his or her client shall appear. Trial counsel should participate in this conference wherever necessary.  (*See* Order Setting Mandatory Scheduling Conference, Docket Entry No. 3);

WHEREAS Michael B. Horrow, Lead Trial Counsel for Plaintiff Kelly Lund, will be out of the state on an airplane at 8:15 a.m. on July 21, 2011 on a pre-paid trip and will not be available to attend the Scheduling Conference as currently set telephonically or in-person. Mr. Horrow apologizes to the Court for any inconvenience with regard to his unavailability; and

WHEREAS the parties desire to continue the Scheduling Conference to a date convenient for the Court and Counsel for the parties.  Michael Horrow and Elise Klein, Lead Trial Counsel for Hartford Life and Accident Insurance Company, have met and conferred regarding their availability and the Court's next availability for a Scheduling Conference. The parties propose that the Scheduling Conference be continued to August 31, 2011 at 8:15 a.m.

NOW THEREFORE, the parties in the above referenced action hereby agree,

subject to the Court's approval, to modify the schedule as follows:

1. The Scheduling Conference set for July 21, 2011 at 8:15 a.m. be continued until August 31, 2011 at 8:15 a.m.

RESPECTFULLY SUBMITTED.

Dated: July 14, 2011  DONAHUE & HORROW, LLP
Michael B. Horrow

By: \s\ *Michael B. Horrow*
Michael B. Horrow
Attorneys for Plaintiff
KELLY LUND

Dated: July 14, 2011  LEWIS BRISBOIS BISGAARD & SMITH LLP
Elise D. Klein

By: \s\ *Elise D. Klein*
Elise D. Klein
Attorneys for Defendant
HARTFORD LIFE AND ACCIDENT INSURANCE COMPANY

IT IS SO ORDERED.

Dated: **July 14, 2011**  **/s/ Oliver W. Wanger**
UNITED STATES DISTRICT JUDGE