UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KELLY LUND ) | 1:11-CV-00154 OWW DLB |
| ) Plaintiff, ) | |
| ) | ORDER DISMISSING ACTION FOR |
| v. ) | FAILURE TO SUBMIT |
| ) | STIPULATED DISMISSAL |
| HARTFORD LIFE & ACCIDENT INS. ) CO., ET. AL. ) | |
| ) | |
| ) Defendant. ) | |
| ) | |
| ) | |
| _____) | |

The parties in this matter having previously notified the court that a settlement had been reached in this matter, and having failed to submit a stipulated dismissal as requested;

IT IS HEREBY ORDERED that this action is dismissed without prejudice.

IT IS SO ORDERED.

**Dated:   September 8, 2011**          **/s/ Oliver W. Wanger**
                                         UNITED STATES DISTRICT JUDGE

1