UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KELLY LUND | 1:11-CV-00154 OWW DLB |
| Plaintiff, | |
| v. | ORDER DISMISSING ACTION FOR FAILURE TO SUBMIT STIPULATED DISMISSAL |
| HARTFORD LIFE & ACCIDENT INS. CO., ET. AL. | |
| Defendant. | |

The parties in this matter having previously notified the court that a settlement had been reached in this matter, and having failed to submit a stipulated dismissal as requested;

IT IS HEREBY ORDERED that this action is dismissed without prejudice.

IT IS SO ORDERED.

**Dated:   September 8, 2011**              /s/ Oliver W. Wanger
                                      UNITED STATES DISTRICT JUDGE

1